# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-03470-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOE, subscriber assigned IP address 71.237.75.87,

    Defendant.

_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe, ("Defendant") from this action <u>without prejudice</u>. John Doe was assigned the IP address 71.237.75.87. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: April 25, 2014

    Respectfully submitted,

    By: /s/ *Jason A. Kotzker*
    Jason A. Kotzker
    Jason@klgip.com
    KOTZKER LAW GROUP
    9609 S. University Blvd. #632134
    Highlands Ranch, CO  80163
    Phone:  720-330-8329
    *Attorney for Plaintiff*

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                By: /s/ *Jason A. Kotzker*_____
                Jason A. Kotzker